b18
02/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Cesar Jimenez Lopez**
 1722 Gamma Street
National City, CA 91950

Case number:  09−08437−JM7
Chapter:  7
Judge  James W. Meyers

Social Security No.:   xxx−xx−6244
*Debtor: No Known Aliases*

**Delfina Valdovinos Jimenez**
 1722 Gamma Street
National City, CA 91950

Social Security No.:   xxx−xx−0862
*Joint Debtor: No Known Aliases*

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 9/15/09

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: admin                Page 1 of 1                  Date Rcvd: Sep 16, 2009
Case: 09-08437                Form ID: b18               Total Noticed: 27

The following entities were noticed by first class mail on Sep 18, 2009.
db/jdb       +Cesar Jimenez Lopez,   Delfina Valdovinos Jimenez,   1722 Gamma Street,
              National City, CA 91950-1827
aty          +Roger Stacy,   Stacy Law Firm,   6046 Cornerstone Ct.,   San Diego, CA 92121-4758
tr           +Gregory A. Akers,   P. O. Box 26219,   San Diego, CA 92196-0219
smg          +Div. of Labor Standards Enforcement,   7575 Metropolitan Drive, Suite 210,
              San Diego, CA 92108-4424
smg          +Dun & Bradstreet,   Attn: Public Records, Maryanne Bachert,   899 Eaton Ave.,
              Bethlehem, PA 18025-0025
smg          +Employment Develop. Dept., State of CA,   Bankruptcy Unit - MIC 92E,   P.O. Box 826880,
              Sacramento, CA 94280-0001
smg          +State Board of Equalization,   P.O. Box 942879,   Sacramento, CA 94279-0001
11888190     +Citi,   P.o. Box 6500,   Sioux Falls, SD 57117-6500
11888191     +Citifinancial Retail S,   P.o. Box 499,   Hanover, MD 21076-0499
11888192     +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
              Simi Valley, CA 93062-5170
11888193     +Dan McAllister San Diego,   County Treasurer Tax Collector,   po box 129009,
              San Diego, CA 92112-9009
11888194     +Dan McAllister Treasurer,   Tax Collector,   1600 Pacific Highway Room 162,
              San Diego, CA 92101-2477
11888196     +Emc Mortgage,   Attention: Bankruptcy Clerk,   Po Box 293150,   Lewisville, TX 75029-3150
11888197     +Engine Noise Litigation -NOG,   po box 33170,   Detroit, MI 48232-5170
11888198     +Exxmblciti,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
11888200     +Green Point Savings,   Po Box 84013,   Columbus, GA 31908-4013
11888203     +Mor Furnitur,   Po Box 94498,   Las Vegas, NV 89193-4498
11888204     +Pt Loma Fed Cr Union,   9420 Farnham St,   San Diego, CA 92123-1359
11888205     +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189

The following entities were noticed by electronic transmission on Sep 16, 2009.
tr           +EDI: BGAAKERS.COM Sep 16 2009 20:38:00      Gregory A. Akers,   P. O. Box 26219,
              San Diego, CA 92196-0219
smg           EDI: CALTAX.COM Sep 16 2009 20:43:00      Franchise Tax Board,   Attn: Bankruptcy,
              P.O. Box 2952,   Sacramento, CA  95812-2952
smg           E-mail/Text: ustp.region15@usdoj.gov                            Office of the U.S. Trustee,
              402 West Broadway, Ste. 600,   San Diego, CA 92101-8511
ust           E-mail/Text: ustp.region15@usdoj.gov                            United States Trustee,
              Office of the U.S. Trustee,   402 West Broadway, Suite 600,   San Diego, CA 92101-8511
11888189     +EDI: CHASE.COM Sep 16 2009 20:43:00      Chase,   800 Brooksedge Blvd,
              Westerville, OH 43081-2822
11888190     +EDI: CITICORP.COM Sep 16 2009 20:38:00      Citi,   P.o. Box 6500,   Sioux Falls, SD 57117-6500
11888195     +E-mail/Text: joeydeleon@downeysavings.com                            Downey Savings & Loan,
              3501 Jamboree Rd,   Newport Beach, CA 92660-2980
11888199     +EDI: BANKAMER.COM Sep 16 2009 20:38:00      Fleet Cc,   300 Wakefield Dr,   Newark, DE 19702-5419
11888201     +EDI: HFC.COM Sep 16 2009 20:38:00      Hsbc Cc,   Po Box 8633,   Elmhurst, IL 60126-8633
11888202     +EDI: FORD.COM Sep 16 2009 20:43:00      Kia Us,   9009 Carothers Pkwy Ste,
              Franklin, TN 37067-1704
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          United States Trustee Office
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2009                    Signature:    _Joseph Speetjens_